UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSITY OF PITTSBURGH, | ) | |
| Plaintiff(s), | ) | No. C 06-80081 CRB (BZ) |
| v. | ) | **SCHEDULING ORDER** |
| MARC H. HEDRICK, | ) | |
| Defendant(s). | ) | |

At a telephone conference held on June 8, 2006 at which both sides were represented by counsel, the court gave its view on certain discovery matters which are the subject of the letters to the court dated May 11, 2006 and May 17, 2006. **IT IS HEREBY ORDERED** that by **5:00 p.m., June 9, 2006**, third party Cognate Therapeutics, Inc. shall decide whether to proceed with its motion to quash and inform the court and the parties in writing of its decision. Should it decide to proceed, opposition shall be filed no later than **June 19, 2006**. A reply, if any, shall be filed by **June 26, 2006**. If one is deemed necessary, a hearing will be held on **July 5, 2006, at**

1

1 | **10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue,
2 | San Francisco, California.  A chambers copy of all briefs
3 | shall be submitted on a diskette formatted in WordPerfect
4 | 6, 8, 9 or 10 or may be e-mailed to the following address:
5 | bzpo@cand.uscourts.gov
6 | Dated:   June 9, 2006
7 | _____
8 | Bernard Zimmerman
    United States Magistrate Judge

10 | G:\BZALL\-REFS\UNIV.PITTSBURG\SCH.ORD.wpd